[Print in black ink all areas in bold letters.]
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
----------------------------------------x

**CHRISTOPHER SMITH**
[your name(s)]                Plaintiff(s),

- against -

**Bosley hair Restoration**
[name(s) of party being sued]   Defendant(s).
----------------------------------------x

**SUMMONS WITH NOTICE**

Index No. 100471-___

Date Index Number Purchased _____

To the Person(s) Named as Defendant(s) above:
PLEASE TAKE NOTICE THAT YOU ARE SUMMONED and required to serve upon plaintiff, at the address stated below, a notice of appearance or demand for a complaint within 20 days after service of this Summons (not counting the day of service itself), or within 30 days after service is complete if the Summons is not delivered personally to you within the State of New York.
YOU ARE HEREBY NOTIFIED THAT should you fail to serve a notice of appearance or demand for a complaint, a judgment will be entered against you by default for the relief demanded herein.

Dated: 22 June, 2020
[date of summons with notice]

*Christopher Smith*
[sign your name]

**CHRISTOPHER S. SMITH**
[print your name]

527 Clearview Dr.
[your address]

Long Pond PA 18334

646 538 6694
[your tel. no.]

NEW YORK
COUNTY CLERK'S OFFICE
JUN 22 2020
NOT COMPARED
WITH COPY FILE

**Bosley hair Restoration**
[Defendant(s) name(s)]

[Defendant's address(es)]
99 Park ave 20th
Floor New York, NY 10016

Notice: The nature of this action is [briefly describe the nature of your case against the defendant(s), such as, breach of contract, negligence]: Defendant has created a violent, racist place of employeement for the Public. Plaintiff was placed in restraints and held against his will and assaulted by defendants employees

The relief sought is [describe the kind of relief you seek, such as money damages of $ 25,000, etc.] Plaintiff is seeking 750,000,00 $ for pain and suffering caused by defendant and its employees

Should defendant(s) fail to appear herein or demand a complaint, judgment will be entered by default for the sum of 750,000,000 [amount of money demanded] with interest from the date of June 15, 2018 [date from which interest on the amount demanded is claimed] and the costs of this action.

Venue:
Plaintiff(s) designate New York County as the place of trial. The basis of this delegation is [check box that applies]:
___ Plaintiff's(s') residence in New York County
___ Defendant's(s') residence in New York County
___ Other [See CPLR Article 5]: _____

[Print in black ink all areas in bold letters.]
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-----------------------------------x

CHRISTOPHER SMITH
[your name(s)]                    Plaintiff(s),

- against-

BOSLEY hair Restoration
[name of defendant(s)]            Defendant(s)

-----------------------------------x

COMPLAINT
Index Number 100471-2020

NOT COMPARED WITH COPY FILE

JUN 22 2020

COUNTY CLERK'S OFFICE

TO THE SUPREME COURT OF THE STATE OF NEW YORK
The complaint of the plaintiff, CHRISTOPHER SMITH [your name]
respectfully shows and alleges as follows: [number each paragraph]

1. Plaintiff, Christopher Smith is a resident of the State of Pennsylvania. 527 Clearview Dr. Long Pond P.A. 18334

2. Defendant Bosley has a principal office at 99 Park Ave 20th Floor, New York NY 10016.

3. Plaintiff Smith desire hair Restoration procedure. He and Bosley staff discussed and agreed on thickening the hair to make it fuller. Specifications were agreed.

4. On June 15 2018 plaintiff and defendant met for the agreed procedure. Money was exchanged and the procedure began.

5. After the procedure defendant and hiss assistant held plaintiff down while in restraints and removed the hair graphs that the plaintiff paid for that morning.

6. Plaintiff Smith has tried to resolve this issue without any success. Thousands of dollars were exchanged on Jun 15 2018. Bosley has only given plaintiff 425 graphs as restitution for unlawful imprisonment, assault, failure to deliver what was agreed on.

7. Bosley has created a violent, racist environment that puts the public at risk, most notably men of African Decent. They made me sign

contracts stating the procedure does not wo[rk] good with black hair. If so, they are committing fraud by stating that it does publicly but make you sign a waiver stating otherwise

8. By reason of facts stated above defendant has breached the contract.

9. By reason of facts stated above ~~defendant~~ plaintiff has been damaged defendant in the sum of 750,000,000 million dollars. Wherefore, plaintiff demand[s] judgement against ~~defendant~~ in the sum of 750,000,000

Dated: 22, June 2020      CHRISTOPHER SMITH  Christopher Sm[ith]

[sign your name]
Christopher Smith
[print your name]
527 Clearview Dr
[your address]
Long Pond PA. 18334

646 538 6699
[your telephone number]

## VERIFICATION

STATE OF NEW YORK   )
COUNTY OF NEW YORK )

Christopher Smith _____ [your name], being duly sworn,

deposes and says that: I am the petitioner/plaintiff in this action or proceeding. I have read the foregoing papers and know the contents thereof; the complaint/petition is true to my own knowledge, except as to matters stated to be alleged on information and belief; and as to those matter I believe it to be true.

Sworn to before me on this 22 day of

June, 20 20

Benjamin Steinberg
Notary Public

Benjamin Steinberg
Notary Public, State of New York
No. 02ST6042665
Qualified in Bronx County
Commission Expires May 30, 20 22

Christopher Smith
Plaintiff/Petitioner [sign here in front of notary]

CHRISTOPHER SMITH
[print name]

# TemPay, LLC

## Client Profile Form

### Organization

EXACT LEGAL COMPANY NAME: Global Health Tec
ADDRESS: 527 Clearview DR Long
CITY, STATE, ZIP: Long Pond, P.A 18334
CONTACT NAME: CHRISTOPHER SMITH
COUNTY: Monroe
STATE OF REGISTRATION: Pennsylvania
WHEN REGISTERED: 2017
BUSINESS DESCRIPTION: Staffing for the largest indoor water Park in U.S.A

D/B/A (IF APPLIC):
EMAIL ADDRESS: GlobalHealthTec@yahoo.com
BEST CONTACT #: 888 918 0716
FAX:
[ ] CORP  [x] LLC  [ ] PTNRSHP  [ ] SOLE PROP
TAX ID # (MANDATORY):

### Officers - Business Information

PRESIDENT: CHRISTOPHER SMITH
VICE PRES.: Percell SMITH
ACCOUNTANT:
PHONE:
ATTORNEY: Welch, Gold, Siegel & Fiffik
PHONE: 800 375-3089

### Receivable & Contract Information

AVERAGE SIZE OF INVOICE:
ESTIMATED MONTHLY BILLING AMOUNT?
ARE COMPANY TAXES UP TO DATE? [x] YES [ ] NO   IF NO, HOW MUCH DUE?
PAYMENT PLAN IN PLACE? [ ] YES [x] NO
ARE RECEIVABLES PLEDGED AS SECURITY ELSEWHERE? [ ] YES [x] NO
IF YES, WITH WHOM?

### Origination Agreement

The undersigned, at the initiation of its relationship with TemPay,LLC and / or /Millennium Funding, "MILLENNIUM" warrants that there are no Local, State or Federal Tax Liens, or previous UCC filings against its current or future accounts receivable.
The undersigned further grants "MILLENNIUM" authority to effectuate corporate, personal credit reports and any background investigations on the entity, related entities, principals and / or key employees Millennium deems necessary as well as sign it's name on UCC-1 FinancingStatement(s) in order to effect filings according to the tenor of any and all current and future Purchase and Sale agreements, and/or any loan documents that may be executed by the parties or for any debtor notifications necessary to inform undersigned's account debtors of any and all assignments. Undersigned further agrees that it will not further encumber the assets set forth in the Purchase & Sale Agreement or other Security Agreement or increase the indebtedness thereon, or transfer or assign said assets except in the ordinary course of business. In addition, the undersigned shall be responsible to reimburse "MILLENNIUM" for expenses actually incurred on behalf of the undersigned including, but not limited to Federal Express charges, credit investigations, lien searches, and periodic tax lien searches.; "MILLENNIUM" shall be authorized to deduct all such expenses from any moneys it shall be holding to the credit of the undersigned.

The Undersigned warrants that the above information is true and correct. All information and documentation will be held in the strictest confidence by TemPay, LLC /Millennium Funding and will not be used for any other purpose other than to determine eligibility for funding.

Signature: Christopher Smith
Printed Name: CHRISTOPHER SMITH
Date: 11/6/19

[Watermark Notice]

Watermarked by Bitglass: Downloaded 2020-09-16 14:12 GMT by seanp@bosley.com from 23.242.220.121, Transaction X2IdRSFgJ3JPXs1MWNIERAAAAXE.