**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
────────────────────────────────────────

**CHRISTOPHER SMITH,**

                **Plaintiff,**          20-cv-8489 (JGK)

      - against -                    <u>ORDER</u>

**BOSLEY HAIR RESTORATION,**

                **Defendants.**
────────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    As discussed at the teleconference held today, the parties should submit a joint status letter by **December 29, 2020.** If the Rule 12(c) motion is necessary, the defendant will move by **January 15, 2021,** the plaintiff will respond by **January 29, 2021,** and the defendant will reply by **February 9, 2021.**

**SO ORDERED.**

**Dated:**    **New York, New York**
           **December 22, 2020**             /s/ John G. Koeltl
                                                    John G. Koeltl
                                      **United States District Judge**